ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
CRAIG W. SMITH (164886)
csmith@robbinsarroyo.com
SHANE P. SANDERS (237146)
ssanders@robbinsarroyo.com
JENNY L. DIXON (192638)
jdixon@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| CHAILE STEINBERG, Derivatively on Behalf of CORINTHIAN COLLEGES, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JACK D. MASSIMINO, KENNETH S. ORD, ROBERT D. BOSIC, BETH A. WILSON, PAUL R. ST. PIERRE, TERRY O. HARTSHORN, HANK ADLER, ROBERT LEE, ALICE T. KANE, JOHN M. DIONISIO, LINDA AREY SKLADANY, TIMOTHY J. SULLIVAN, SHARON P. ROBINSON, and MARC H. MORIAL,<br><br>　　　　　　Defendants,<br>　　　　-and-<br><br>CORINTHIAN COLLEGES, INC., a Delaware corporation,<br><br>　　　　　　Nominal Defendant. | Case No. 8:13-cv-01797 GHK (PJWx)<br><br>STIPULATION TO CONTINUE STAY OF ACTION<br><br>Judge: Honorable George H. King<br><br>Action Filed: November 14, 2013 |

---

STIPULATION TO CONTINUE STAY OF ACTION

1  The undersigned counsel for plaintiff Chaile Steinberg ("Plaintiff") and defendants Jack D. Massimino, Kenneth S. Ord, Robert D. Bosic, Beth A. Wilson, Paul R. St. Pierre, Terry O. Hartshorn, Hank Adler, Robert Lee, Alice T. Kane, John M. Dionisio, Linda Arey Skladany, Timothy J. Sullivan, Sharon P. Robinson, and Marc H. Morial ("Individual Defendants") (Plaintiff and Individual Defendants are collectively referred to as "Parties"), hereby stipulate and agree as follows:

WHEREAS, on November 14, 2013, Plaintiff commenced this action in this Court;

WHEREAS, on March 31, 2014, the Court entered an order on the joint stipulation filed by the Parties staying the action pending the resolution of the motion to dismiss in the related securities class action captioned *Erickson v. Corinthian Colleges, Inc., et al.*, No. 2:13-cv-07466 GHK (PJWx) ("Stay Order") (Dkt. 43);

WHEREAS, pursuant to the Stay Order, the Parties shall meet and confer and submit for the Court's approval a proposed schedule for further proceedings within twenty-one days of an order denying (in whole or in part) or granting with prejudice the motion to dismiss in *Erickson*;

WHEREAS, on April 22, 2015, the Court issued an order denying the motion to dismiss in *Erickson*;

WHEREAS, on May 4, 2015, Corinthian Colleges, Inc. ("Corinthian" or the "Company") filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and remains as Debtor in possession;

WHEREAS, it is Defendants' understanding that, in light of the bankruptcy filing, this action is automatically stayed as it relates to the Company under the Bankruptcy Code. 11 U.S.C. §362(a)(1);

WHEREAS, the Parties agree that, in the unique circumstances of this case, the interests of judicial and party economy would best be served by agreeing to

- 1 -
STIPULATION TO CONTINUE STAY OF ACTION

vacate all pending deadlines and stay all proceedings in this action for ninety (90) days, or until any Party successfully moves the Court to lift the stay, or upon the effective date of a confirmed reorganization plan, whichever occurs first, at which point the Parties shall meet and confer regarding a revised proposed schedule or other appropriate disposition of this matter; and

WHEREAS, by entering into this stipulation, the Parties do not waive any of their rights not specifically addressed herein.

NOW, THEREFORE, it is hereby stipulated by and between the undersigned Parties, through their respective counsel of record, that:

1. All pending dates and deadlines are vacated and all proceedings in this action are stayed for ninety (90) days, or until any Party successfully moves the Court to lift the stay, or upon the effective date of a confirmed reorganization plan, whichever occurs first; and

2. Within twenty (20) days of the lifting of this stay, the Parties shall meet and confer and present to the Court with their joint or respective views regarding a revised proposed schedule or other appropriate disposition of this matter.

Dated: May 13, 2015

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS
JENNY L. DIXON

s/Jenny L. Dixon
JENNY L. DIXON

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
ssanders@robbinsarroyo.com
jdixon@robbinsarroyo.com

MORGAN & MORGAN, P.A.
PETER G. SAFIRSTEIN
ROGER A. SACHAR, Jr.

| | |
|---|---|
| 1 | 28 West 44th Street, Suite 2001 |
| 2 | New York, NY 10036<br>Telephone: (800) 631-6234 |
| 3 | Facsimile: (800) 381-2964<br>psafirstein@morgansecuritieslaw.com<br>rsachar@morgansecuritieslaw.com |
| 4 | |
| 5 | STEPHENS & STEPHENS LLP<br>CONRAD B. STEPHENS |
| 6 | 505 S. McClelland Street<br>Santa Maria, CA 93454 |
| 7 | Telephone: (805) 922-1951<br>Facsimile: (805) 922-8013<br>conrad@stephensfirm.com |
| 8 | |
| 9 | *Attorneys for Plaintiff Chaile Steinberg* |
| 10 | Dated: May 13, 2015    MUNGER, TOLLES & OLSON LLP |
| 11 | JOHN W. SPIEGEL<br>ROBERT L. DELL ANGELO |
| 12 | JEFFREY Y. WU<br>JOHN M. GILDERSLEEVE |
| 13 | |
| 14 | _____s/John M. Gildersleeve_____<br>JOHN M. GILDERSLEEVE |
| 15 | |
| 16 | 355 South Grand Avenue<br>Thirty-Fifth Floor |
| 17 | Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| 18 | Facsimile: (213) 687-3702<br>john.spiegel@mto.com |
| 19 | robert.dellangelo@mto.com<br>jeffrey.wu@mto.com<br>john.gildersleeve@mto.com |
| 20 | |
| 21 | *Attorneys for Defendants Jack D. Massimino, Kenneth S. Ord, Robert D.* |
| 22 | *Bosic, Beth A. Wilson, Paul R. St. Pierre, Terry O. Hartshorn, Hank Adler,* |
| 23 | *Robert Lee, Alice T. Kane, John M. Dionisio, Linda Arey Skladany, Timothy* |
| 24 | *J. Sullivan, Sharon P. Robinson, and Marc H. Morial* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| DATED: May 13, 2015 | O'MELVENY & MYERS LLP<br>MICHAEL YODER<br><br>_____s/Michael Yoder_____<br>MICHAEL YODER<br><br>610 Newport Center Drive<br>17th Floor<br>Newport Beach, California 92660<br>Telephone: (949) 823-7936<br>Facsimile: (949) 823-6994<br>myoder@omm.com<br><br>O'MELVENY & MYERS LLP<br>SARA MAY FOLCHI<br>2765 Sand Hill Road<br>Menlo Park, California 94025<br>Telephone: (650) 473-2690<br>Facsimile: (650) 473-2601<br>sfolchi@omm.com<br><br>*Attorneys for Nominal Defendant*<br>*Corinthian Colleges, Inc.* |

Pursuant to L.R. 5-4.3.4, I, Jenny L. Dixon, attest that the above signatories have authorized this filing and concur in its content.

**CERTIFICATE OF SERVICE**

I, undersign, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California and not a party of this action. My business address is 600 B Street, Suite 1900, San Diego, California 92101.

I hereby certify that on May 13, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct. Executed on May 13, 2015, San Diego, California.

                                                s/Jenny L. Dixon
                                                JENNY L. DIXON

1029925