| | |
|---|---|
| 1  ROBBINS ARROYO LLP<br>   BRIAN J. ROBBINS (190264)<br>2  brobbins@robbinsarroyo.com<br>   CRAIG W. SMITH (164886)<br>3  csmith@robbinsarroyo.com<br>   SHANE P. SANDERS (237146)<br>4  ssanders@robbinsarroyo.com<br>   JENNY L. DIXON (192638)<br>5  jdixon@robbinsarroyo.com<br>   600 B Street, Suite 1900<br>6  San Diego, CA 92101<br>   Telephone: (619) 525-3990<br>7  Facsimile: (619) 525-3991 | FILED: 5/18/15 |

8  Attorneys for Plaintiff

9  [Additional Counsel on Signature Page]

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                       SOUTHERN DIVISION

| | |
|---|---|
| 13  CHAILE STEINBERG, Derivatively<br>    on Behalf of CORINTHIAN<br>14  COLLEGES, INC.,<br>15          Plaintiff,<br>16      v.<br>17  JACK D. MASSIMINO, KENNETH<br>    S. ORD, ROBERT D. BOSIC, BETH<br>    A. WILSON, PAUL R. ST. PIERRE,<br>18  TERRY O. HARTSHORN, HANK<br>    ADLER, ROBERT LEE, ALICE T.<br>19  KANE, JOHN M. DIONISIO,<br>    LINDA AREY SKLADANY,<br>20  TIMOTHY J. SULLIVAN,<br>    SHARON P. ROBINSON, and<br>21  MARC H. MORIAL,<br>22          Defendants,<br>23      -and-<br>    CORINTHIAN COLLEGES, INC., a<br>24  Delaware corporation,<br>25          Nominal Defendant. | Case No. 8:13-cv-01797 GHK (PJWx)<br><br>[~~PROPOSED~~] ORDER TO<br>CONTINUE STAY OF ACTION<br><br>Judge: Honorable George H. King<br><br>Action Filed: November 14, 2013 |

26

27

28

1  Pursuant to the joint stipulation filed by the parties, and in order to promote
2  judicial economy and conserve the resources of the Court and the parties, IT IS
3  HEREBY ORDERED that:

4  1. All pending dates and deadlines are vacated and all proceedings in
5  this action are stayed for ninety (90) days, or until any party successfully moves
6  the Court to lift the stay, or upon the effective date of a confirmed reorganization
7  plan, whichever occurs first; and

8  2. Within twenty (20) days of the lifting of this stay, the parties shall
9  meet and confer and present to the Court with their joint or respective views
10 regarding a revised proposed schedule or other appropriate disposition of this
11 matter.

13 Dated: 5/18/15

HONORABLE GEORGE H. KING
U.S. DISTRICT ~~COURT~~ JUDGE

1030296

- 1 -
[PROPOSED] ORDER TO CONTINUE STAY OF ACTION