JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
ROBERT L. DELL ANGELO (State Bar No. 160409)
robert.dellangelo@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendants
JACK D. MASSIMINO, KENNETH S. ORD,
ROBERT D. BOSIC, BETH A. WILSON, PAUL R. ST. PIERRE,
TERRY O. HARTSHORN, HANK ADLER, ROBERT LEE,
ALICE T. KANE, JOHN M. DIONISIO, LINDA AREY SKLADANY,
TIMOTHY J. SULLIVAN, SHARON P. ROBINSON, and MARC H. MORIAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAILE STEINBERG, Derivatively on Behalf of CORINTHIAN COLLEGES, INC. <br><br>  Plaintiff, <br><br> v. <br><br> JACK D. MASSIMINO, KENNETH S. ORD, ROBERT D. BOSIC, BETH A. WILSON, PAUL R. ST. PIERRE, TERRY O. HARTSHORN, HANK ADLER, ROBERT LEE, ALICE T. KANE, JOHN M. DIONISIO, LINDA AREY SKLADANY, TIMOTHY J. SULLIVAN, SHARON P. ROBINSON, and MARC H. MORIAL, <br><br>  Defendants, <br><br> -and- <br><br> CORINTHIAN COLLEGES, INC., a Delaware corporation, <br><br>  Nominal Defendant. | Case No. 8:13-CV-01797 GHK (PJWx) <br><br> **STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)** <br><br> Judge:  Hon. George H. King <br> Ctrm:  650 |

27948747.1

STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)

1 WHEREAS on May 18, 2015, pursuant to the parties' joint stipulation, the Court vacated all pending dates and deadlines and stayed all proceedings in this action for 90 days, and ordered the parties to meet and confer and to present their views regarding a revised proposed schedule or other appropriate disposition of this action within 20 days of the lifting of the stay;

WHEREAS the stay expired by its terms on August 17, 2015, and the parties have met and conferred regarding the appropriate disposition of this action;

WHEREAS the parties agree that this shareholder derivative action should be dismissed without prejudice in the light of the voluntary petition for relief under Chapter 11 of the Bankruptcy Code filed by nominal defendant Corinthian Colleges, Inc. on May 4, 2015, and the subsequent confirmation of its Chapter 11 Plan of Liquidation on August 28, 2015 (*see In re Corinthian Colleges, Inc. et al.*, No. 15-10952 (KJC) (Bankr. D. Del.));

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel that:

1. This action is voluntarily dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

2. All parties shall bear their own costs.

| | | |
|---|---|---|
| 1 | DATED: September 8, 2015 | MUNGER, TOLLES & OLSON LLP |
| 2 | | JOHN W. SPIEGEL |
| | | ROBERT L. DELL ANGELO |
| 3 | | 355 South Grand Avenue |
| | | Thirty-Fifth Floor |
| 4 | | Los Angeles, California 90071-1560 |
| | | Telephone:  (213) 683-9100 |
| 5 | | Facsimile:   (213) 687-3702 |
| | | robert.dellangelo@mto.com |

By: _____*/s/ Robert L. Dell Angelo*_____
ROBERT L. DELL ANGELO

Attorneys for Defendants
JACK D. MASSIMINO, KENNETH S. ORD, ROBERT D. BOSIC, BETH A. WILSON, PAUL R. ST. PIERRE, TERRY O. HARTSHORN, HANK ADLER, ROBERT LEE, ALICE T. KANE, JOHN M. DIONISIO, LINDA AREY SKLADANY, TIMOTHY J. SULLIVAN, SHARON P. ROBINSON, and MARC H. MORIAL

DATED: September 8, 2015    O'MELVENY & MYERS LLP

MICHAEL YODER
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone:  (949) 823-7936
Facsimile:  (949) 823-6994
myoder@omm.com

By: _____*/s/ Michael Yoder*_____
MICHAEL YODER

Attorneys for Nominal Defendant
CORINTHIAN COLLEGES, INC.

27948747.1

-3-
STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)

```
 1  DATED: September 8, 2015          ROBBINS ARROYO LLP
 2                                    BRIAN J. ROBBINS
                                      CRAIG W. SMITH
 3                                    SHANE P. SANDERS
                                      JULIA M. WILLIAMS
 4                                    600 B Street, Suite 1900
                                      San Diego, California 92101
 5                                    Telephone: (619) 525-3990
                                      Facsimile: (619) 525-3991
 6                                    ssanders@robbinsarroyo.com

 7                                    By:    /s/ Shane P. Sanders
                                             SHANE P. SANDERS
 8
                                      MORGAN & MORGAN P.A.
 9                                    PETER G. SAFIRSTEIN
                                      GEORGE PRESSLY
10                                    28 West 44th Street, Suite 2001
                                      New York, New York 10036
11                                    Telephone: (800) 631-6234
                                      Facsimile: (800) 381-2964
12                                    psaferstein@morgansecuritieslaw.com

13                                    Attorneys for Plaintiff
                                      CHAILE STEINBERG
14
15  Pursuant to L.R. 5-4.3.4, I, Robert L. Dell Angelo, attest that the above signatories
    have authorized this filing and concur in its content.
16
17
18
19
20
21
22
23
24
25
26
27
28

27948747.1                           -4-
             STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)
```